Commonwealth *v.* Martinez, Appellant.

Argued September 14, 1970. *Lawrence E. Wood,* Assistant Public Defender, for appellant; *David C. Patten,* Assistant District Attorney, with him *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Mayo, Appellant.

Argued September 21, 1970. *Fred I. Noch,* Public Defender, for appellant; *Grant E. Wesner,* Assistant District Attorney, with him *Robert L. Van Hoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Miller, Appellant.

Submitted September 14, 1970. *J. Michael Williamson,* Assistant Public Defender, for appellant; *Bernhard Dohrmann,* District Attorney, for Commonwealth, appellee.

Order affirmed.